UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSUE SEIJO,

            Plaintiff,

   v.

REBECCA BRADLOW, et al.,

           Defendants.

Case No. 2:22-cv-903-TSZ-TLF

ORDER

This matter comes before the Court on plaintiff's motion for leave to amend the complaint. Dkt. 9. The Court previously issued an order explaining that plaintiff's complaint appeared to be fatally deficient and subject to dismissal. Dkt. 9. The Court issued an Order directing plaintiff to either -- show cause why plaintiff's complaint should not be dismissed, or file a proposed amended complaint to cure (if possible) the deficiencies noted in the Court's Order. Dkt. 7.

Plaintiff's time to respond to Court's Order has not expired. Plaintiff's motion for leave to amend the complaint is denied as moot because plaintiff still has time to file a proposed amended complaint in compliance with the Court's Order to Show Cause. Plaintiff has until August 19, 2022 to file a proposed amended complaint. If plaintiff needs additional time to prepare a proposed amended complaint, plaintiff may file a motion for extension of time explaining why additional time is necessary.

ORDER - 1

1   The Clerk is directed to send a copy of this order to plaintiff.

2   Dated this 11th day of August, 2022.

3

4

5   *Theresa L. Fricke*
    Theresa L. Fricke
6   United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER - 2