UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSUE SEIJO,<br><br>           Plaintiff,<br><br>     v.<br><br>REBECCA BRADLOW, et al.,<br><br>           Defendants. | C22-0903 TSZ<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation ("R&R"), docket no. 14, of the Honorable Theresa L. Fricke, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)   The R&R, docket no. 14, is ADOPTED;

(2)   Plaintiff's motion to proceed *in forma pauperis* is DENIED;

(3)   If plaintiff wishes to pursue this case, he must pay the Court filing fee within twenty-one (21) days of this Order. Failure to pay the filing fee will result in the case being closed;

(4)   If plaintiff appeals, plaintiff will not continue *in forma pauperis* on appeal; and

ORDER ADOPTING REPORT
AND RECOMMENDATION - 1

(5) The Clerk is directed to send a copy of this Order to plaintiff and Judge Fricke.

Dated this 12th day of October, 2022.

Thomas S. Zilly
United States District Judge

ORDER ADOPTING REPORT
AND RECOMMENDATION - 2