UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSUE SEIJO,

          Plaintiff,

  v.

REBECCA BRADLOW, et al.,

          Defendants.

C22-0903 TSZ

ORDER

The Court, having reviewed the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge, docket no. 38, to which no objection was filed, and the remaining record, does hereby find and ORDER:

(1)    The R&R, docket no. 38, is ADOPTED;

(2)    Plaintiff's motion for a preliminary injunction, docket no. 20, is DENIED;

(3)    The Clerk is directed to send a copy of this Order to Plaintiff and Judge Fricke.

Dated this 25th day of August, 2023.

Thomas S. Zilly
United States District Judge

ORDER - 1