UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSUE SEIJO,

        Plaintiff,

v.

REBECCA BRADLOW, et al.,

        Defendants.

C22-0903 TSZ

ORDER

The Court, having reviewed the Report & Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge, docket no. 39, to which no objection was filed, and the remaining record, does hereby find and ORDER:

(1) The R&R, docket no. 39, is ADOPTED;

(2) Defendants' motion to dismiss, docket no. 28, is GRANTED without prejudice;

(3) The Clerk is directed to send a copy of this Order to Plaintiff and Judge Fricke.

Dated this 25th day of August, 2023.

                                              Thomas S. Zilly
                                              United States District Judge

ORDER - 1